JS-6

THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: alockhart@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON CHAPMAN, | ) | **CASE NO.** 2:17-cv-04959-PA-SK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CAMARILLO HOSPITALITY INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.

Dated: October 16, 2017

_____
Honorable Percy Anderson
UNITED STATES DISTRICT COURT JUDGE

**Order [proposed]**  **Case No. 17-04959**